**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| CORANDO ALANIZ, JR. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:18cv00297-MAC |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

# DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Liberty Life Assurance Company of Boston ("Defendant"), by and through its undersigned counsel of record and reserving all affirmative defenses, files this Unopposed Motion for Extension of Time to answer or otherwise plead and in support thereof would show unto the Court as follows:

1. On June 22, 2018, Plaintiff, Corando Alaniz, Jr. ("Plaintiff"), filed a Complaint in the above-referenced action.

2. Defendant was served on July 2, 2018 and must file its responsive pleadings to Plaintiff's Complaint by July 23, 2108.

3. To allow sufficient time to obtain and review the necessary documentation to respond to the Complaint, Defendant respectfully requests an extension until August 1, 2108 to file an answer, motion to transfer venue, or other responsive pleadings to the Complaint. Plaintiff's counsel has no objection to said extension.

WHEREFORE, PREMISES CONSIDERED, Defendant, Liberty Life Assurance Company of Boston, respectfully requests this Honorable Court to grant this Unopposed Motion

for Extension of Time and allow Defendant, Liberty Life Assurance Company of Boston, to file its answer, motion to transfer venue, or other responsive pleadings to Plaintiff's Complaint by no later than August 1, 2018.

Dated this 24th day of July, 2018.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet and confer requirements of Local Rule CV-7(h). On July 23, 2018, Iwana Rademaekers, counsel for Defendant, communicated with counsel for Plaintiff, Marc Whitehead, via email regarding the filing of this Motion and was informed that Plaintiff does not oppose to this Motion

/s/ Iwana Rademaekers
Iwana Rademaekers

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

July 24, 2018 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers