| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CORANDO ALANIZ, JR., §
§
Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-297
§
LIBERTY LIFE ASSURANCE COMPANY §
OF BOSTON, §
§
Defendant. §

**ORDER**

Defendant Liberty Life Assurance Company of Boston's ("Defendant") Unopposed Motion for Extension of Time (#5) is GRANTED. Accordingly, Defendant is ordered to file an answer or otherwise respond to Plaintiff's complaint on or before August 1, 2018.

**Signed this date**

**Jul 24, 2018**

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE