**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| CORANDO ALANIZ, JR. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:18cv00297-MAC |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | § | |
| | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF PAULA MCGEE

Before the undersigned, an officer duly authorized by law to administer oaths, personally appeared Paula McGee, who, on oath, deposes and states as follows:

1. I, Paula McGee, serve as Litigation Manager for Liberty Life Assurance Company of Boston ("Liberty Life"). I maintain my office in Tampa, Florida. I am more than 21 years of age and am competent to testify to the matters contained herein. My personal knowledge, as well as the files and records maintained by Liberty Life in the ordinary course of business, form the basis of this affidavit.

2. As part of my responsibilities for Liberty Life, I am familiar with Liberty Life's procedures for processing and administering claims for disability benefits under group disability plans, including the claim at issue herein that was submitted by Corando Alaniz, Jr. ("Alaniz"). I am also personally familiar with the manner in which Liberty Life maintains files and records, including those that relate to Alaniz's claim for long term disability benefits under the employee health and welfare benefits plan ("the Plan") sponsored and maintained by LINN Operating, LLC ("LINN").

3. I serve as a custodian of records pertaining to Liberty Life disability claim litigation and am personally familiar with the documents that comprise the administrative record

EXHIBIT
1

of her claim. The documents referenced in and attached to this Affidavit are true and correct copies of documents contained in the administrative record of Alaniz's claim and are kept by Liberty Life in the regular course of business.

FURTHER AFFIANT SAYETH NAUGHT.

Paula McGee

Sworn to and subscribed before me,
this 1st day of August, 2018.

Notary Public
My Commission Expires: 7/31/21

EDIE ODGAARD
Notary Public – State of Florida
Commission # GG 120391
My Comm. Expires Jul 31, 2021
Bonded through National Notary Assn.

Renal Clinic of Houston

# Alaniz, Corando

60 Y old Male, DOB:
Account Number: 67597

Home:
Guarantor: Alaniz, Corando Insurance: Blue CrossBlue Shield Payer ID: 00900
PCP: Victor Knopp Referring: Victor Knopp
Appointment Facility: Renal Clinic of Houston MC

05/26/2017 Progress Notes: Rahul Prakash, MD

## Current Medications

**Taking**

- Atenolol 50 MG Tablet 1 tablet Orally Once a day
- Catapres-TTS-2 1 patch to skin Transdermal q wk
- Felodipine ER 10 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day
- Benicar 40 MG Tablet 1 tablet Orally Once a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Potassium Citrate ER 10 MEQ (1080 MG) Tablet Extended Release 1 tablet with meals Orally Twice a day
- Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day
- Levothyroxine Sodium 175 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Aspir-81 81 MG Tablet Delayed Release 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Hypertension, essential
Atherosclerotic heart disease of native coronary artery without angina pectoris, s/p cabg, ptca/stents
Stroke, Other, had ccomplete recovery
Hypothyroidism, unspecified
Hyperlipidemia, unspecified
Nephrolithiasis, s/p lithotripsy in past
Parkinson's Disease

## Surgical History

coronary artery bypass graft x3 1996
hernia
angioplasty/stent 05/2011

## Family History

Mother: alive
Father: deceased
Siblings: alive
Paternal Grandfather: deceased
Paternal Grandmother: deceased
Maternal Grandfather: deceased

## Reason for Appointment

1. Ref by Dr. Knopp due to abnormal creatinine levels

## History of Present Illness

Narrative:

The patient is here today for initial new patient visit. All records including labs from the patient & the referring physician reviewed. History obtained from the pt. The patient is 60 yo , Hispanic male w/ h/o htn/hlpd/CAD. Referred for increased serum Cr, abnormal eGFR 40. Patient denies any excessive NSAID use, diabetes, any new meds. Patient states that feeling fine. Patient has new onset parkinson's also. Reviewed home readings: Blood Pressure 150s/80-90s. Medication Compliance: Yes.

## Vital Signs

Ht 5 ft 7 in, Wt 239, BMI 37.43, BP 119/72, HR 64.

## Examination

General::
Appearance: No acute distress, Alert and Oriented, Obese.

Neck:
Neck no rise in JVD, no mass, no carotid bruit.

HEENT::
Throat: O-P clear, Moist mucous membranes. Eyes anicteric.

CVS:
Heart: Regular Rate and Rhythm, s1, s2 normal. Vascular: No Abnormalities.

Respiratory:
Lungs: Clear bilaterally, equal BS. Devices: None Present.

Gastrointestinal::
Abdomen: Soft & non tender.

Extremity::
Cyanosis No. Edema No.

Neurological::
Mental Status: alert and oriented, has some tremors & akinesia. Motor deficit, nonfocal.

Skin::
Skin No Rash, ulcers, or loss of turgor.

Psychiatric:
Mood Normal. Affect Normal.

Maternal Grandmother: deceased
mother had CKD?.

**Social History**

Do you smoke? Status: Never Smoked.
Do you drink alcohol? Status: Yes.
Use of recreational / street drugs? Answer: No.
Occupation: Employed.
Caffeine intake? Status: Yes.
Marital Status: Married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General/Constitutional:
Appetite: Good. Easily Fatigued: Yes. Fever: No. Weight loss: No.
Genitourinary:
Frequency: Yes. Burning or discomfort: No. Increased night time urination: Yes. Unable to empty bladder in full: No. Blood in the urine: No. Family h/o kidney failure: No. Incontinence No.
Eyes:
Blurred Vision No. Double Vision: No.

ENT:
Dry mouth: Yes. Bad taste: No.
CVS:
Chest Pain: No. Light Headed / Dizziness: Yes. Leg Pain When Walking: No. Fluid Retention/Swelling Yes.
Respiratory:
Cough: No. Phlegm: No. Shortness of Breath: No. Wheezing: No.
Gastrointestinal:
Nausea: Yes. Diarrhea: No. Vomiting: No. Pain: Yes.
Musculoskeletal:
Joint swelling or redness: No. Muscle Pain: No.
Skin:
New onset rash: No. Flushing: No.
Neurologic:
History of "mini strokes": Yes. Headache: No.

**Assessments**

1. Abnormal results of kidney function studies - R94.4 (Primary), Nephrosclerosis, probably due to HTN, atherosclerotic renovascular disease may be contributing as well
2. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
3. hypertension, essential - I10

**Treatment**

**1. Abnormal results of kidney function studies**
LAB: Urine Microalb/Creat Ratio, Randm
LAB: intact pth
LAB: Urinalysis reflex to culture
LAB: Comp. Metabolic Panel (14)
IMAGING: Renal US
Clinical Notes: ....Discussed course & prognosis of Renal Disease, .....Labs reviewed & discussed w/ the patient, Creatinine is 1.78, ...will order the basic work up to further evaluate the cause of renal disease.

**2. hypertension, essential**
Clinical Notes: ....discussed the importance of tight bp control & target readings of <130/80, ....discussed renoprotective effects of ACE Inhibitors or ARBs... continue Tx w/ benicar, ....advised to monitor BP closely at home.

**Preventive Medicine**

Patient Counseling: Discussed the importance of: right BP control, Avoid NSAID / COX II, Periodic monitoring, adequate hydration, weight loss. Advised self monitoring: BP. Reinforced compliance with: salt restriction.

**Follow Up**

4 Weeks

**Electronically signed by Rahul Prakash , MD on 05/26/2017 at 06:28 PM CDT**

**Sign off status: Completed**

Renal Clinic of Houston MC
902 FROSTWOOD DR STE 165
HOUSTON, TX 770242449
Tel: 713-464-9100
Fax: 713-468-6183



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

7L181170129

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

**Return To:** Jennifer Cooper

**EMPLOYEE/CLAIMANT NAME:** Corando Alaniz
**CLAIM NO:** 7419027
**EMPLOYER/SPONSOR:** Linn Operating, LLC **DATE OF BIRTH:** ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2017 to 12/31/17. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Ioannis Skaribas
Specialty: Pain Medicine
Address: 777 S Fry Rd #208
Katy, TX 77450
Telephone No.: (713) 458 4580 Fax No.: (713) 458-4630

Name: Dr Christian Peccora
Specialty: Pain Medicine
Address: 17510 W Grand Parkway #330
Sugarland, TX 77479
Telephone No.: (713) 459-2390 Fax No.: (713) 458-2490

Name: Dr. Nicolas Nammour
Specialty: Neuro Care
Address: 18300 Katy Freeway
Houston, TX. 77094
Telephone No.: (281) 579-6800 Fax No.: (281) 579-6804

Name: Dr. Victor Knopp
Specialty: General Physician
Address: 211 N Fry Rd #N
Katy, TX. 77449
Telephone No.: (281) 578-8400 Fax No.: (281) 579-7156

**MEDICAL INSURANCE CARRIER(S):**

Name: BC BS of TX
Specialty: Insurance
Address: (PPO)
Telephone No.: (800) 521-2227 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Kroger Pharmacy
Specialty: RX
Address: 24401 Brazos Town Crossing
Rosenberg, TX. 77471
Telephone No.: (281) 232-1230 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** [signature] **DATE:** 6/22/17