JACK BROOKS REGIONAL AIRPORT



# Airlines & Flights

## Daily Flights to DFW!

American Eagle operates flights daily to DFW. Passengers will fly in 44 or 50 seat regional jets.

Flight times and numbers are subject to change. Please check with aa.com for verification.

BOOK AA ONLINE

AMERICAN AIRLINES ADVANTAGE MEMBERSHIP

### FREE PARKING

Parking is always free at Jack Brooks Regional Airport. You'll save up to $20 per day when you park and fly at Jack Brooks Regional Airport.

### WEATHER LINKS

Air Navigation: Beaumont / Port Arthur

NOAA: Current Weather Conditions

KFDM News 5-Day Forecast

EXHIBIT

2

## Contact Info

**Jack Brooks Regional Airport**
N Hwy 69 Nederland
Nederland, TX

**Commercial Terminal**
6000 Airline Drive
Beaumont TX 77705

**Admin Office**
5000 Jerry Ware Drive Suite 100
Beaumont, TX 77705
**409-719-4900**

## Hours of Operation

**Terminal**
Sun - Fri (4:00 am - 11:00 pm)
Sat (4:00 am - 10:00 pm)

**Tower**
6:00 am - 11:00 pm CST

**Aircraft Rescue & Fire Facility**
24 hrs / 7 days per week

**Fuel Service**
24 hrs / 7 days per week

## Social Media

f G+

## Map & Directions

