YOUR TRIP TO:

515 Rusk Ave

**40 MIN | 31.9 MI**

**Est. fuel cost: $2.30**

**Trip time based on traffic conditions as of 1:54 PM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south**

Then 0.06 miles 0.06 total miles

**2.** Turn r

Then 0.0

**3.** Take

*If you reac*

Then 0.1

**4.** Turn l

Then 0.8

**5.** Turn l

Then 1.4

**6.** FM 29

Then 0.0

**7.** Turn l

*If you reac*

Then 0.1

**8.** Merge

Then 26.

**9.** Merge **Ave/Louis**

Then 0.7

**10.** Merg

Then 1.6

**11.** Turn

*Walker St i*

*If you reac*

Then 0.1

**12.** Turn

*Bagby St is*

*If you reac*

Then 0.08 miles 31.83 total miles

**13.** Turn **right** onto Rusk St.

*If you reach Capitol St you've gone a little too far.*

Then 0.07 miles 31.90 total miles

**14.** 515 Rusk Ave, Houston, TX 77002-2601, 515 RUSK AVE.

*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.



EXHIBIT

3

YOUR TRIP TO:

mapquest

**1 HR 56 MIN | 119 MI**

**Est. fuel cost: $8.58**

**Trip time based on traffic conditions as of 2:04 PM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south**

Then 0.0

**2.** Turn **r**

Then 0.0

**3.** Take

*If you reac*

Then 0.1

**4.** Turn **r**

Then 0.7

**5.** Turn **r**

Then 0.0

**6.** Take

Then 1.5

**7.** Merge

Then 30.

**8.** Merge

Then 83.

**9.** Keep

Then 2.4

**10.** Merg

Then 0.78 miles 119.18 total miles

**11.** 300 WILLOW ST is on the **left**.

*Your destination is just past Orleans St.*

*If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

YOUR TRIP TO:
300 Willow St

**1 HR 46 MIN | 79.3 MI**

**Est. fuel cost: $6.10**

**Trip time based on traffic conditions as of 1:23 PM on August 1, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

Start of next leg of route

**1.** Start out going **west** on N Terminal Rd toward John F Kennedy Blvd.
Then 0.02 miles — 0.02 total miles

**2.** Turn **slight left** onto John F Kennedy Blvd.
Then 0.08 miles — 0.10 total miles

**3.** Turn **slight left** onto S Terminal Rd.
Then 0.77 miles — 0.86 total miles

RAMP
**4.** Take the ramp toward **Airport Exit/Terminal C & D & E/I-69/US-59**.
Then 0.49 miles — 1.36 total miles

**5.** Merge onto Will Clayton Pkwy.
Then 6.40 miles — 7.76 total miles

**6.** Turn **left** onto Atascocita Rd.
*If you reach Crestline Rd you've gone a little too far.*

Then 3.41 miles — 11.17 total miles

**7.** Turn **right** onto Fm 1960 Rd/FM-1960. Continue to follow FM-1960.
Then 17.29 miles — 28.46 total miles

**8.** Turn **right** onto N Cleveland St/TX-321.
*N Cleveland St is just past Arcadia St.*

*If you reach N Main St you've gone about 0.1 miles too far.*

Then 0.19 miles — 28.66 total miles

**9.** Take the 2nd **left** onto W Highway 90/US-90 E/TX-146. Continue to follow US-90 E.
*US-90 E is just past Sterling St.*

*If you are on S Cleveland St and reach W Houston St you've gone a little too far.*

Then 46.05 miles — 74.71 total miles

**10.** Turn **left** onto Interstate 10.
*If you reach S 11th St you've gone about 0.2 miles too far.*

Then 0.20 miles — 74.90 total miles

**11.** Merge onto I-10 E/US-69 N/US-96 N/US-287 N.
Then 1.12 miles — 76.03 total miles

**12.** Keep **left** to take I-10 E toward **Lake Charles**.
Then 2.49 miles — 78.52 total miles

**13.** Merge onto Willow St/US-90 W via EXIT 855A toward **Downtown**.
Then 0.78 miles — 79.30 total miles

**14.** 300 Willow St, Beaumont, TX 77701-2200, 300 WILLOW ST is on the **left**.
*Your destination is just past Orleans St.*

*If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:
515 Rusk Ave

**26 MIN | 20.3 MI**

**Est. fuel cost: $1.57**

**Trip time based on traffic conditions as of 1:27 PM on August 1, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **west** on N Terminal Rd toward John F Kennedy Blvd.

Then 0.02 miles — 0.02 total miles

**2.** Turn **slight left** onto John F Kennedy Blvd.

Then 3.06 miles — 3.07 total miles

**3.** Merge onto TX-8 E via the ramp on the **left** toward **US-59**.

Then 1.89 miles — 4.96 total miles

**4.** Merge onto I-69 S/US-59 S toward **Houston**.

Then 12.46 miles — 17.41 total miles

**5.** Merge onto I-10 W/US-90 W toward **San Antonio**.

Then 1.51 miles — 18.92 total miles

**6.** Merge onto I-45 S via EXIT 768B on the **left** toward **Galveston**.

Then 0.82 miles — 19.74 total miles

**7.** Merge onto McKinney St via EXIT 47C on the **left**.

Then 0.34 miles — 20.08 total miles

**8.** Turn **left** onto Bagby St.
*If you reach Brazos St you've gone a little too far.*

Then 0.14 miles — 20.22 total miles

**9.** Turn **right** onto Rusk St.
*Rusk St is just past Walker St.*

*If you reach Capitol St you've gone a little too far.*

Then 0.07 miles — 20.29 total miles

**10.** 515 Rusk Ave, Houston, TX 77002-2601, 515 RUSK AVE.
*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:

515 Rusk Ave

**34 MIN | 28.9 MI**

**Est. fuel cost: $2.14**

**Trip time based on traffic conditions as of 1:02 PM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **northeast** on W Grand Pkwy S/TX-99 N toward E River Park Dr. Continue to follow W Grand Pkwy S.

Then 0.78 miles — 0.78 total miles

**2.** Make a **U-turn** onto W Grand Pkwy S.

Then 1.20 miles — 1.98 total miles

**3.** Turn **sharp left** onto Southwest Fwy.

*If you are on Crabb River Rd and reach FM-2759 you've gone a little too far.*

Then 0.76 miles — 2.74 total miles

**4.** Merge onto I-69 N/US-59 N.

Then 23.28 miles — 26.02 total miles

**5.** Take the exit on the **left** toward **I-45/Dallas/Galveston**.

Then 0.63 miles — 26.65 total miles

**6.** Merge onto I-45 N via the ramp on the **left** toward **Dallas**.

Then 1.52 miles — 28.17 total miles

**7.** Take the **Houston Ave** exit, EXIT 47B, toward **Memorial Dr**.

Then 0.29 miles — 28.46 total miles

**8.** Keep **right** to take the **Memorial Dr** ramp.

Then 0.07 miles — 28.53 total miles

**9.** Turn **right** onto Memorial Dr.

Then 0.10 miles — 28.63 total miles

**10.** Memorial Dr becomes Rusk St.

Then 0.23 miles — 28.86 total miles

**11.** 515 Rusk Ave, Houston, TX 77002-2601, 515 RUSK AVE.

*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.





Book a hotel tonight and save with some great deals!
(1-877-577-5766)


Car trouble mid-trip? MapQuest Roadside Assistance is here:
(1-888-461-3625)

## YOUR TRIP TO:

300 Willow St

**1 HR 52 MIN | 115 MI**

**Est. fuel cost: $8.50**

**Trip time based on traffic conditions as of 1:05 PM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **northeast** on W Grand Pkwy S/TX-99 N toward E River Park Dr. Continue to follow W Grand Pkwy S.

Then 0.78 miles — 0.78 total miles

**2.** Make a **U-turn** onto W Grand Pkwy S.

Then 1.20 miles — 1.98 total miles

**3.** Turn **sharp left** onto Southwest Fwy.

*If you are on Crabb River Rd and reach FM-2759 you've gone a little too far.*

Then 0.76 miles — 2.74 total miles

**4.** Merge onto I-69 N/US-59 N.

Then 25.35 miles — 28.09 total miles

**5.** Merge onto I-10 E toward **Beaumont**.

Then 83.16 miles — 111.25 total miles

**6.** Keep **left** to take I-10 E toward **Lake Charles**.

Then 2.49 miles — 113.74 total miles

**7.** Merge onto Willow St/US-90 W via EXIT 855A toward **Downtown**.

Then 0.78 miles — 114.52 total miles

**8.** 300 Willow St, Beaumont, TX 77701-2200, 300 WILLOW ST is on the **left**.

*Your destination is just past Orleans St.*

*If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.



## YOUR TRIP TO:

515 Rusk Ave

**25 MIN | 22.6 MI**

**Est. fuel cost: $1.68**

**Trip time based on traffic conditions as of 11:08 AM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

1. Start out going **west** on Katy Fwy.

Then 1.29 miles — 1.29 total miles

2. Merge onto I-10 E/US-90 E via the ramp on the **left**.

Then 19.93 miles — 21.22 total miles

3. Merge onto I-45 S via EXIT 768B on the **left** toward **Galveston**.

Then 0.88 miles — 22.10 total miles

4. Merge onto McKinney St via EXIT 47C on the **left**.

Then 0.34 miles — 22.44 total miles

5. Turn **left** onto Bagby St.

*If you reach Brazos St you've gone a little too far.*

Then 0.14 miles — 22.58 total miles

6. Turn **right** onto Rusk St.

*Rusk St is just past Walker St.*

*If you reach Capitol St you've gone a little too far.*

Then 0.07 miles — 22.65 total miles

7. 515 Rusk Ave, Houston, TX 77002-2601, 515 RUSK AVE.

*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.



## YOUR TRIP TO:

300 Willow St

**1 HR 42 MIN | 109 MI**

**Est. fuel cost: $8.06**

**Trip time based on traffic conditions as of 11:24 AM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

1. Start out going **west** on Katy Fwy.

   Then 1.29 miles — 1.29 total miles

2. Merge onto I-10 E via the ramp on the **left**.

   Then 104.03 miles — 105.32 total miles

3. Keep **left** to take I-10 E toward **Lake Charles**.

   Then 2.49 miles — 107.81 total miles

4. Merge onto Willow St/US-90 W via EXIT 855A toward **Downtown**.

   Then 0.78 miles — 108.59 total miles

5. 300 WILLOW ST is on the **left**.

   *Your destination is just past Orleans St.*

   *If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

# YOUR TRIP TO:

515 Rusk Ave

**20 MIN | 12.8 MI**

**Est. fuel cost: $1.34**

**Trip time based on traffic conditions as of 12:56 PM on August 1, 2018. Current Traffic:** Heavy

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **north** on Frostwood Dr toward Katy Fwy.

Then 0.26 miles — 0.26 total miles

**2.** Turn **right** onto Katy Fwy.

Then 0.37 miles — 0.63 total miles

**3.** Merge onto I-10 E/US-90 E via the ramp on the **left**.

Then 10.69 miles — 11.32 total miles

**4.** Merge onto I-45 S via EXIT 768B on the **left** toward **Galveston**.

Then 0.88 miles — 12.20 total miles

**5.** Merge onto McKinney St via EXIT 47C on the **left**.

Then 0.34 miles — 12.55 total miles

**6.** Turn **left** onto Bagby St.

*If you reach Brazos St you've gone a little too far.*

Then 0.14 miles — 12.69 total miles

**7.** Turn **right** onto Rusk St.

*Rusk St is just past Walker St.*

*If you reach Capitol St you've gone a little too far.*

Then 0.07 miles — 12.75 total miles

**8.** 515 Rusk Ave, Houston, TX 77002-2601, 515 RUSK AVE.

*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:
300 Willow St

**1 HR 33 MIN | 98.7 MI**

**Est. fuel cost: $7.39**

**Trip time based on traffic conditions as of 1:15 PM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

1. Start out going **north** on Frostwood Dr toward Katy Fwy.
   Then 0.26 miles ---- 0.26 total miles
2. Turn **right** onto Katy Fwy.
   Then 0.37 miles ---- 0.63 total miles
3. Merge onto I-10 E via the ramp on the **left**.
   Then 94.79 miles ---- 95.42 total miles
4. Keep **left** to take I-10 E toward **Lake Charles**.
   Then 2.49 miles ---- 97.91 total miles
5. Merge onto Willow St/US-90 W via EXIT 855A toward **Downtown**.
   Then 0.78 miles ---- 98.69 total miles
6. 300 Willow St, Beaumont, TX 77701-2200, 300 WILLOW ST is on the **left**.

*Your destination is just past Orleans St.*

*If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.





Book a hotel tonight and save with some great deals!
(1-877-577-5766)


Car trouble mid-trip? MapQuest Roadside Assistance is here:
(1-888-461-3625)

# YOUR TRIP TO:

mapquest

515 Rusk Ave

**32 MIN | 23.8 MI**

**Est. fuel cost: $1.80**

**Trip time based on traffic conditions as of 2:42 PM on August 1, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south** on Fry Rd/N Fry Rd toward Fort Stanton Dr. Continue to follow Fry Rd.

Then 1.04 miles — 1.04 total miles

**2.** Turn **left** onto Katy Fwy.
*If you are on S Fry Rd and reach Fry Access Rd you've gone about 0.1 miles too far.*

Then 0.47 miles — 1.51 total miles

**3.** Merge onto I-10 E/US-90 E via the ramp on the **left**.

Then 20.90 miles — 22.41 total miles

**4.** Merge onto I-45 S via EXIT 768B on the **left** toward **Galveston**.

Then 0.88 miles — 23.29 total miles

**5.** Merge onto McKinney St via EXIT 47C on the **left**.

Then 0.34 miles — 23.63 total miles

**6.** Turn **left** onto Bagby St.
*If you reach Brazos St you've gone a little too far.*

Then 0.14 miles — 23.77 total miles

**7.** Turn **right** onto Rusk St.
*Rusk St is just past Walker St.*

*If you reach Capitol St you've gone a little too far.*

Then 0.07 miles — 23.84 total miles

**8.** 515 Rusk Ave, Harris, TX, 77002-2601, 515 RUSK AVE.
*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.







Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:

300 Willow St

**1 HR 47 MIN | 110 MI**

**Est. fuel cost: $8.15**

**Trip time based on traffic conditions as of 11:34 AM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

1. Start out going **south** on Fry Rd/N Fry Rd toward Fort Stanton Dr. Continue to follow Fry Rd.

Then 1.04 miles — 1.04 total miles

2. Turn **left** onto Katy Fwy.
*If you are on S Fry Rd and reach Fry Access Rd you've gone about 0.1 miles too far.*

Then 0.47 miles — 1.51 total miles

3. Merge onto I-10 E via the ramp on the **left**.

Then 105.00 miles — 106.51 total miles

4. Keep **left** to take I-10 E toward **Lake Charles**.

Then 2.49 miles — 108.99 total miles

5. Merge onto Willow St/US-90 W via EXIT 855A toward **Downtown**.

Then 0.78 miles — 109.77 total miles

6. 300 WILLOW ST is on the **left**.
*Your destination is just past Orleans St.*

*If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.







Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:

515 Rusk Ave

**30 MIN | 23.4 MI**

**Est. fuel cost: $1.77**

**Trip time based on traffic conditions as of 12:59 PM on August 1, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **northwest**.

Then 0.03 miles — 0.03 total miles

**2.** Turn **left**.

Then 0.02 miles — 0.06 total miles

**3.** Turn **right** onto S Fry Rd.

Then 0.58 miles — 0.64 total miles

**4.** Turn **right** onto Katy Fwy.

*Katy Fwy is just past Fry Access Rd.*

*If you are on N Fry Rd and reach Fry Rd you've gone about 0.2 miles too far.*

Then 0.45 miles — 1.09 total miles

**5.** Merge onto I-10 E/US-90 E via the ramp on the **left**.

Then 20.90 miles — 21.99 total miles

**6.** Merge onto I-45 S via EXIT 768B on the **left** toward **Galveston**.

Then 0.88 miles — 22.87 total miles

**7.** Merge onto McKinney St via EXIT 47C on the **left**.

Then 0.34 miles — 23.21 total miles

**8.** Turn **left** onto Bagby St.

*If you reach Brazos St you've gone a little too far.*

Then 0.14 miles — 23.35 total miles

**9.** Turn **right** onto Rusk St.

*Rusk St is just past Walker St.*

*If you reach Capitol St you've gone a little too far.*

Then 0.07 miles — 23.42 total miles

**10.** 515 Rusk Ave, Houston, TX 77002-2601, 515 RUSK AVE.

*If you reach Smith St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.





Book a hotel tonight and save with some great deals!
(1-877-577-5766)


Car trouble mid-trip? MapQuest Roadside Assistance is here:
(1-888-461-3625)

YOUR TRIP TO:

300 Willow St

**1 HR 45 MIN | 109 MI**

**Est. fuel cost: $8.25**

**Trip time based on traffic conditions as of 1:10 PM on August 1, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

1. Start out going **northwest**.

Then 0.03 miles — 0.03 total miles

2. Turn **left**.

Then 0.02 miles — 0.06 total miles

3. Turn **right** onto S Fry Rd.

Then 0.58 miles — 0.64 total miles

4. Turn **right** onto Katy Fwy.

*Katy Fwy is just past Fry Access Rd.*

*If you are on N Fry Rd and reach Fry Rd you've gone about 0.2 miles too far.*

Then 0.45 miles — 1.09 total miles

5. Merge onto I-10 E via the ramp on the **left**.

Then 105.00 miles — 106.09 total miles

6. Keep **left** to take I-10 E toward **Lake Charles**.

Then 2.49 miles — 108.58 total miles

7. Merge onto Willow St/US-90 W via EXIT 855A toward **Downtown**.

Then 0.78 miles — 109.36 total miles

8. 300 Willow St, Beaumont, TX 77701-2200, 300 WILLOW ST is on the **left**.

*Your destination is just past Orleans St.*

*If you reach Liberty Ave you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

