## Table C-1.
## U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Period Ending March 31, 2017

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 |
| **Total** | **344,704** | **292,076** | **287,114** | **349,666** | **40,057** | **61,825** | **49,970** | **51,912** | **304,647** | **230,251** | **237,144** | **297,754** |
| **DC** | **2,680** | **2,590** | **2,249** | **3,021** | **1,300** | **1,306** | **1,033** | **1,573** | **1,380** | **1,284** | **1,216** | **1,448** |
| **1st** | **11,772** | **6,872** | **6,900** | **11,744** | **1,328** | **1,889** | **1,426** | **1,791** | **10,444** | **4,983** | **5,474** | **9,953** |
| ME | 467 | 580 | 563 | 484 | 114 | 217 | 173 | 158 | 353 | 363 | 390 | 326 |
| MA | 7,895 | 3,014 | 3,370 | 7,539 | 569 | 760 | 625 | 704 | 7,326 | 2,254 | 2,745 | 6,835 |
| NH | 448 | 556 | 482 | 522 | 126 | 204 | 173 | 157 | 322 | 352 | 309 | 365 |
| RI | 646 | 653 | 597 | 702 | 115 | 215 | 168 | 162 | 531 | 438 | 429 | 540 |
| PR | 2,316 | 2,069 | 1,888 | 2,497 | 404 | 493 | 287 | 610 | 1,912 | 1,576 | 1,601 | 1,887 |
| **2nd** | **30,051** | **24,197** | **24,784** | **29,464** | **4,119** | **5,232** | **4,216** | **5,135** | **25,932** | **18,965** | **20,568** | **24,329** |
| CT | 2,391 | 2,258 | 2,173 | 2,476 | 459 | 489 | 445 | 503 | 1,932 | 1,769 | 1,728 | 1,973 |
| NY,N | 1,979 | 1,711 | 1,766 | 1,924 | 539 | 447 | 510 | 476 | 1,440 | 1,264 | 1,256 | 1,448 |
| NY,E | 9,573 | 7,567 | 7,140 | 10,000 | 1,034 | 1,585 | 1,154 | 1,465 | 8,539 | 5,982 | 5,986 | 8,535 |
| NY,S | 13,184 | 10,433 | 11,558 | 12,059 | 1,081 | 1,699 | 1,263 | 1,517 | 12,103 | 8,734 | 10,295 | 10,542 |
| NY,W | 2,617 | 1,919 | 1,846 | 2,690 | 894 | 864 | 723 | 1,035 | 1,723 | 1,055 | 1,123 | 1,655 |
| VT | 307 | 309 | 301 | 315 | 112 | 148 | 121 | 139 | 195 | 161 | 180 | 176 |
| **3rd** | **21,669** | **26,435** | **24,468** | **23,636** | **2,821** | **4,850** | **3,884** | **3,787** | **18,848** | **21,585** | **20,584** | **19,849** |
| DE | 1,628 | 1,579 | 1,314 | 1,893 | 102 | 98 | 88 | 112 | 1,526 | 1,481 | 1,226 | 1,781 |
| NJ | 8,849 | 11,244 | 9,791 | 10,302 | 909 | 1,452 | 1,256 | 1,105 | 7,940 | 9,792 | 8,535 | 9,197 |
| PA,E | 6,315 | 8,000 | 8,046 | 6,269 | 660 | 1,633 | 1,122 | 1,171 | 5,655 | 6,367 | 6,924 | 5,098 |
| PA,M | 2,616 | 2,658 | 2,465 | 2,809 | 703 | 978 | 827 | 854 | 1,913 | 1,680 | 1,638 | 1,955 |
| PA,W | 1,843 | 2,775 | 2,682 | 1,936 | 369 | 638 | 564 | 443 | 1,474 | 2,137 | 2,118 | 1,493 |
| VI | 418 | 179 | 170 | 427 | 78 | 51 | 27 | 102 | 340 | 128 | 143 | 325 |
| **4th** | **93,711** | **31,416** | **46,612** | **78,515** | **4,436** | **7,545** | **5,061** | **6,920** | **89,275** | **23,871** | **41,551** | **71,595** |
| MD | 3,346 | 4,151 | 3,996 | 3,501 | 731 | 1,230 | 771 | 1,190 | 2,615 | 2,921 | 3,225 | 2,311 |
| NC,E | 1,582 | 2,438 | 1,857 | 2,163 | 629 | 1,356 | 871 | 1,114 | 953 | 1,082 | 986 | 1,049 |
| NC,M | 1,052 | 1,491 | 1,271 | 1,272 | 514 | 737 | 569 | 682 | 538 | 754 | 702 | 590 |
| NC,W | 883 | 1,502 | 1,188 | 1,197 | 291 | 753 | 471 | 573 | 592 | 749 | 717 | 624 |
| SC | 6,174 | 3,876 | 6,517 | 3,533 | 722 | 1,185 | 766 | 1,141 | 5,452 | 2,691 | 5,751 | 2,392 |
| VA,E | 2,183 | 3,810 | 3,299 | 2,694 | 358 | 1,021 | 636 | 743 | 1,825 | 2,789 | 2,663 | 1,951 |
| VA,W | 771 | 1,378 | 1,239 | 910 | 254 | 574 | 431 | 397 | 517 | 804 | 808 | 513 |
| WV,N | 572 | 771 | 693 | 650 | 140 | 333 | 248 | 225 | 432 | 438 | 445 | 425 |
| WV,S | 77,148 | 11,999 | 26,552 | 62,595 | 797 | 356 | 298 | 855 | 76,351 | 11,643 | 26,254 | 61,740 |

EXHIBIT 4

## Table C-1. (March 31, 2017—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 |
| **5th** | **44,506** | **43,585** | **33,707** | **54,384** | **3,223** | **5,937** | **4,455** | **4,705** | **41,283** | **37,648** | **29,252** | **49,679** |
| LA,E | 10,820 | 17,258 | 4,946 | 23,132 | 143 | 274 | 171 | 246 | 10,677 | 16,984 | 4,775 | 22,886 |
| LA,M | 971 | 888 | 864 | 995 | 89 | 87 | 77 | 99 | 882 | 801 | 787 | 896 |
| LA,W | 6,739 | 1,882 | 6,014 | 2,607 | 255 | 335 | 266 | 324 | 6,484 | 1,547 | 5,748 | 2,283 |
| MS,N | 592 | 781 | 650 | 723 | 106 | 201 | 111 | 196 | 486 | 580 | 539 | 527 |
| MS,S | 1,633 | 1,800 | 1,824 | 1,609 | 172 | 246 | 210 | 208 | 1,461 | 1,554 | 1,614 | 1,401 |
| TX,N | 12,092 | 5,833 | 4,861 | 13,064 | 581 | 1,480 | 1,126 | 935 | 11,511 | 4,353 | 3,735 | 12,129 |
| TX,E | 3,902 | 4,738 | 4,634 | 4,006 | 537 | 755 | 540 | 752 | 3,365 | 3,983 | 4,094 | 3,254 |
| TX,S | 5,021 | 6,371 | 6,089 | 5,303 | 864 | 1,341 | 1,102 | 1,103 | 4,157 | 5,030 | 4,987 | 4,200 |
| TX,W | 2,736 | 4,034 | 3,825 | 2,945 | 476 | 1,218 | 852 | 842 | 2,260 | 2,816 | 2,973 | 2,103 |
| **6th** | **26,454** | **22,066** | **23,218** | **25,302** | **4,320** | **6,060** | **4,942** | **5,438** | **22,134** | **16,006** | **18,276** | **19,864** |
| KY,E | 1,172 | 1,721 | 1,368 | 1,525 | 434 | 950 | 622 | 762 | 738 | 771 | 746 | 763 |
| KY,W | 2,418 | 1,474 | 2,421 | 1,471 | 227 | 303 | 271 | 259 | 2,191 | 1,171 | 2,150 | 1,212 |
| MI,E | 5,012 | 4,411 | 4,394 | 5,029 | 852 | 1,023 | 871 | 1,004 | 4,160 | 3,388 | 3,523 | 4,025 |
| MI,W | 1,423 | 1,749 | 1,886 | 1,286 | 297 | 505 | 555 | 247 | 1,126 | 1,244 | 1,331 | 1,039 |
| OH,N | 5,628 | 3,440 | 4,434 | 4,634 | 582 | 883 | 838 | 627 | 5,046 | 2,557 | 3,596 | 4,007 |
| OH,S | 6,038 | 2,643 | 2,621 | 6,060 | 535 | 802 | 650 | 687 | 5,503 | 1,841 | 1,971 | 5,373 |
| TN,E | 1,665 | 1,660 | 1,557 | 1,768 | 530 | 762 | 550 | 742 | 1,135 | 898 | 1,007 | 1,026 |
| TN,M | 1,613 | 3,593 | 3,362 | 1,844 | 355 | 380 | 284 | 451 | 1,258 | 3,213 | 3,078 | 1,393 |
| TN,W | 1,485 | 1,375 | 1,175 | 1,685 | 508 | 452 | 301 | 659 | 977 | 923 | 874 | 1,026 |
| **7th** | **27,783** | **23,627** | **22,050** | **29,360** | **2,787** | **3,930** | **3,448** | **3,269** | **24,996** | **19,697** | **18,602** | **26,091** |
| IL,N | 15,150 | 10,847 | 9,794 | 16,203 | 1,040 | 1,380 | 1,240 | 1,180 | 14,110 | 9,467 | 8,554 | 15,023 |
| IL,C | 1,595 | 1,630 | 1,575 | 1,650 | 254 | 342 | 308 | 288 | 1,341 | 1,288 | 1,267 | 1,362 |
| IL,S | 3,280 | 1,368 | 2,274 | 2,374 | 285 | 330 | 313 | 302 | 2,995 | 1,038 | 1,961 | 2,072 |
| IN,N | 2,920 | 2,120 | 2,591 | 2,449 | 334 | 564 | 407 | 491 | 2,586 | 1,556 | 2,184 | 1,958 |
| IN,S | 2,713 | 4,880 | 3,237 | 4,356 | 466 | 670 | 566 | 570 | 2,247 | 4,210 | 2,671 | 3,786 |
| WI,E | 1,333 | 1,847 | 1,723 | 1,457 | 226 | 385 | 353 | 258 | 1,107 | 1,462 | 1,370 | 1,199 |
| WI,W | 792 | 935 | 856 | 871 | 182 | 259 | 261 | 180 | 610 | 676 | 595 | 691 |
| **8th** | **14,153** | **16,465** | **15,323** | **15,295** | **2,968** | **4,587** | **4,180** | **3,375** | **11,185** | **11,878** | **11,143** | **11,920** |
| AR,E | 1,407 | 2,036 | 1,934 | 1,509 | 353 | 532 | 554 | 331 | 1,054 | 1,504 | 1,380 | 1,178 |
| AR,W | 1,040 | 1,095 | 1,107 | 1,028 | 498 | 528 | 541 | 485 | 542 | 567 | 566 | 543 |
| IA,N | 410 | 673 | 564 | 519 | 192 | 431 | 320 | 303 | 218 | 242 | 244 | 216 |
| IA,S | 492 | 808 | 667 | 633 | 163 | 403 | 289 | 277 | 329 | 405 | 378 | 356 |
| MN | 4,678 | 4,590 | 3,137 | 6,131 | 273 | 547 | 398 | 422 | 4,405 | 4,043 | 2,739 | 5,709 |
| MO,E | 2,893 | 3,345 | 3,893 | 2,345 | 479 | 629 | 649 | 459 | 2,414 | 2,716 | 3,244 | 1,886 |
| MO,W | 1,763 | 2,354 | 2,415 | 1,702 | 748 | 997 | 1,012 | 733 | 1,015 | 1,357 | 1,403 | 969 |
| NE | 620 | 730 | 788 | 562 | 91 | 217 | 204 | 104 | 529 | 513 | 584 | 458 |
| ND | 460 | 438 | 442 | 456 | 63 | 170 | 91 | 142 | 397 | 268 | 351 | 314 |
| SD | 390 | 396 | 376 | 410 | 108 | 133 | 122 | 119 | 282 | 263 | 254 | 291 |

## Table C-1. (March 31, 2017—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 | Pending Mar. 31, 2016 [1] | Commenced | Terminated | Pending Mar. 31, 2017 |
| **9th** | **38,310** | **49,669** | **44,144** | **43,835** | **6,352** | **9,503** | **7,993** | **7,862** | **31,958** | **40,166** | **36,151** | **35,973** |
| AK | 362 | 366 | 331 | 397 | 141 | 133 | 114 | 160 | 221 | 233 | 217 | 237 |
| AZ | 3,351 | 5,849 | 4,412 | 4,788 | 658 | 1,234 | 1,101 | 791 | 2,693 | 4,615 | 3,311 | 3,997 |
| CA,N | 5,884 | 7,534 | 5,839 | 7,579 | 461 | 672 | 537 | 596 | 5,423 | 6,862 | 5,302 | 6,983 |
| CA,E | 5,490 | 4,941 | 4,666 | 5,765 | 852 | 916 | 713 | 1,055 | 4,638 | 4,025 | 3,953 | 4,710 |
| CA,C | 9,528 | 14,963 | 14,451 | 10,040 | 1,542 | 2,475 | 2,104 | 1,913 | 7,986 | 12,488 | 12,347 | 8,127 |
| CA,S | 2,850 | 3,321 | 3,234 | 2,937 | 387 | 622 | 541 | 468 | 2,463 | 2,699 | 2,693 | 2,469 |
| HI | 549 | 739 | 641 | 647 | 76 | 168 | 115 | 129 | 473 | 571 | 526 | 518 |
| ID | 727 | 583 | 535 | 775 | 121 | 136 | 104 | 153 | 606 | 447 | 431 | 622 |
| MT | 576 | 668 | 619 | 625 | 148 | 235 | 172 | 211 | 428 | 433 | 447 | 414 |
| NV | 3,895 | 3,999 | 3,071 | 4,823 | 363 | 476 | 279 | 560 | 3,532 | 3,523 | 2,792 | 4,263 |
| OR | 2,234 | 2,395 | 2,266 | 2,363 | 691 | 810 | 687 | 814 | 1,543 | 1,585 | 1,579 | 1,549 |
| WA,E | 706 | 1,021 | 967 | 760 | 356 | 589 | 564 | 381 | 350 | 432 | 403 | 379 |
| WA,W | 2,023 | 3,165 | 3,026 | 2,162 | 527 | 1,017 | 948 | 596 | 1,496 | 2,148 | 2,078 | 1,566 |
| GUAM | 72 | 98 | 53 | 117 | 17 | 15 | 9 | 23 | 55 | 83 | 44 | 94 |
| NMI | 63 | 27 | 33 | 57 | 12 | 5 | 5 | 12 | 51 | 22 | 28 | 45 |
| **10th** | **10,361** | **11,358** | **10,462** | **11,257** | **2,069** | **3,325** | **2,693** | **2,701** | **8,292** | **8,033** | **7,769** | **8,556** |
| CO | 2,313 | 3,301 | 3,138 | 2,476 | 376 | 546 | 469 | 453 | 1,937 | 2,755 | 2,669 | 2,023 |
| KS | 2,838 | 1,693 | 1,567 | 2,964 | 279 | 581 | 442 | 418 | 2,559 | 1,112 | 1,125 | 2,546 |
| NM | 1,173 | 1,585 | 1,320 | 1,438 | 342 | 656 | 473 | 525 | 831 | 929 | 847 | 913 |
| OK,N | 764 | 782 | 803 | 743 | 254 | 277 | 280 | 251 | 510 | 505 | 523 | 492 |
| OK,E | 497 | 600 | 559 | 538 | 280 | 311 | 305 | 286 | 217 | 289 | 254 | 252 |
| OK,W | 1,113 | 1,592 | 1,502 | 1,203 | 242 | 470 | 387 | 325 | 871 | 1,122 | 1,115 | 878 |
| UT | 1,467 | 1,470 | 1,289 | 1,648 | 261 | 369 | 250 | 380 | 1,206 | 1,101 | 1,039 | 1,268 |
| WY | 196 | 335 | 284 | 247 | 35 | 115 | 87 | 63 | 161 | 220 | 197 | 184 |
| **11th** | **23,254** | **33,796** | **33,197** | **23,853** | **4,334** | **7,661** | **6,639** | **5,356** | **18,920** | **26,135** | **26,558** | **18,497** |
| AL,N | 2,435 | 2,229 | 2,172 | 2,492 | 500 | 591 | 522 | 569 | 1,935 | 1,638 | 1,650 | 1,923 |
| AL,M | 1,018 | 997 | 907 | 1,108 | 164 | 202 | 141 | 225 | 854 | 795 | 766 | 883 |
| AL,S | 533 | 651 | 677 | 507 | 138 | 215 | 204 | 149 | 395 | 436 | 473 | 358 |
| FL,N | 1,661 | 2,210 | 2,022 | 1,849 | 318 | 429 | 339 | 408 | 1,343 | 1,781 | 1,683 | 1,441 |
| FL,M | 6,889 | 9,034 | 9,432 | 6,491 | 1,619 | 2,323 | 2,251 | 1,691 | 5,270 | 6,711 | 7,181 | 4,800 |
| FL,S | 4,443 | 10,075 | 9,658 | 4,860 | 651 | 1,942 | 1,607 | 986 | 3,792 | 8,133 | 8,051 | 3,874 |
| GA,N | 4,081 | 5,900 | 5,550 | 4,431 | 480 | 1,069 | 836 | 713 | 3,601 | 4,831 | 4,714 | 3,718 |
| GA,M | 1,289 | 1,601 | 1,568 | 1,322 | 189 | 525 | 334 | 380 | 1,100 | 1,076 | 1,234 | 942 |
| GA,S | 905 | 1,099 | 1,211 | 793 | 275 | 365 | 405 | 235 | 630 | 734 | 806 | 558 |

[1] Revised.

# District & Magistrate Judges' Procedures (& Schedules)

| District Judges | Procedures | Schedules / Info |
|---|---|---|
| Chief Judge Lee H. Rosenthal<br>(713) 250-5517 | view procedures | |
| Judge Micaela Alvarez<br>(956) 928-8270 | view local rules | view home page |
| Judge Nancy F. Atlas<br>(713) 250-5990 | view procedures | |
| Judge Alfred H. Bennett<br>(713) 250-5849 | view local rules<br>view procedures | view home page |
| Judge Randy Crane<br>(956) 618-8083 | view procedures | view home page |
| Judge Keith P. Ellison<br>(713) 250-5806 | view procedures | view home page |
| Judge Marina Garcia Marmolejo | view civil procedures<br>view crim. procedures | view home page |
| Judge Vanessa Gilmore<br>(713) 250-5512 | view procedures | view home page |
| Judge Andrew S. Hanen<br>(956) 548-2591 | view civil procedures<br>view crim. procedures | view home page |
| Judge George C. Hanks, Jr.<br>(409) 766-3737 | view procedures | view home page |
| Judge Melinda Harmon<br>(713) 250-5518 | view procedures | |
| Judge Ricardo H. Hinojosa<br>(956) 618-8100 | view local rules | |
| Judge David Hittner<br>(713) 250-5511 | view procedures | view home page |
| Judge Kenneth M. Hoyt<br>(713) 250-5515 | view procedures | |

| District Judges | Procedures | Schedules / Info |
|---|---|---|
| Judge Lynn N. Hughes<br>(713) 250-5516 | view procedures | view home page |
| Judge Janis Graham Jack<br>(361) 888-3525 | view procedures | view home page |
| Judge Sim Lake<br>(713) 250-5177 | view procedures | |
| Judge Gray H. Miller<br>(713) 250-5377 | view procedures | view home page |
| Judge Rolando Olvera<br>(956) 548-2595 | view civil procedures<br>view crim. procedures | view home page |
| Judge John D. Rainey<br>(361) 788-5030 | view procedures | |
| Judge Nelva Gonzales Ramos | view local rules | |
| Judge Fernando Rodriguez, Jr.<br>(956) 548-2755 | view local rules<br>view civil procedures<br>view crim. procedures | view home page |
| Judge Diana Saldaña<br>(956) 790-1381 | view local rules | view home page |
| Judge Hilda G. Tagle<br>(956) 548-2510 | view civil procedures<br>view crim. procedures | view home page |
| Judge Ewing Werlein, Jr.<br>(713) 250-5533 | view procedures | view home page |
| Visiting District Judges in the Laredo Division<br>(956) 726-2209 | | view home page |
| **Magistrate Judges** | **Procedures** | **Schedules / Info** |
| Judge Juan F. Alanis<br>(956) 928-7380 | view procedures | |
| Judge Christina Bryan<br>(713) 250-5860 | view local rules | view home page |
| | view procedures | view home page |

| District Judges | Procedures | Schedules / Info |
|---|---|---|
| Judge Andrew M. Edison<br>(409) 766-3729 | | |
| Judge B. Janice Ellington<br>(361) 888-3291 | view local rules | |
| Judge J. Scott Hacker<br>(956) 618-8060 | view local rules | view home page |
| Judge Nancy K. Johnson<br>(713) 250-5375 | view local rules | view home page |
| Judge John A. Kazen<br>(956) 790-1757 | view local rules | view home page |
| Judge Jason B. Libby<br>(361) 888-3550 | view local rules | |
| Judge Ronald G. Morgan<br>(956) 548-2570 | view procedures | view home page |
| Judge Peter E. Ormsby<br>(956) 618-8080 | view local rules | |
| Judge Dena Hanovice Palermo<br>(713) 250-2702 | view procedures | view home page |
| Judge Stephen Wm. Smith<br>(713) 250-5100 | view local rules | view home page |
| Judge Frances H. Stacy<br>(713) 250-5681 | view procedures | |
| Judge Diana Song Quiroga<br>(956) 726-2242 | view local rules<br>view civil procedures<br>view crim. procedures | view home page |
| Judge Ignacio Torteya, III<br>956-548-2564 | view local rules | view home page |

# Houston Division

| ADDRESS, HOURS, SECURITY and ELECTRONIC DEVICE POLICY | |
|---|---|
| **Location:**<br><br>United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 | **Correspondence:**<br><br>David J. Bradley<br>Clerk of Court<br>P. O. Box 61010<br>Houston, TX 77208 |
| **Hours:**<br><br>8:00 a.m. - 5:00 p.m.<br>Monday - Friday | **Deputy-in-Charge:**<br><br>Darlene Hansen<br>Deputy-In-Charge<br>713-250-5500 |
| **Counties:**<br><br>Austin, Brazos, Colorado, Fayette, Fort Bend, Grimes, Harris, Madison, Montgomery, San Jacinto, Walker, Waller, Wharton | |
| **Holidays:**<br><br>New Years Day, Martin Luther King Day, Presidents Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, Christmas Day | |
| **Security and Electronic Device Policy**<br><br>Government issued photo identification required to enter the Courthouse.<br>Cell phones, laptops, and other wireless devices are allowed in the courthouse but cannot be used in the courtroom without approval from the judge.<br>Broadcasting, televising, recording, or photographing is not allowed anywhere in the courthouse without a presiding judge's authorization. | |

**Chief District Judge Rodney Gilstrap**
Chambers: (903) 935-3868
Court Reporter: (903) 935-3868

---

**Senior District Judge Richard Schell**
Chambers: (214) 872-4820

---

**Senior District Judge Thad Heartfield**
Chambers: (409) 654-2860

---

**Senior District Judge Ron Clark**
Chambers: (409) 654-2800
Court Reporter: (409) 654-2891

---

**District Judge Marcia A. Crone**
Chambers: (409) 654-2880
Court Reporter: (409) 654-2833

---

**District Judge Robert W. Schroeder III**
Chambers: (903) 794-4067

---

**District Judge Amos L. Mazzant, III**
Chambers: (903) 893-7008
Court Reporter: (903) 209-4013