| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CORANDO ALANIZ, JR., §
§
Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-297
§
LIBERTY LIFE ASSURANCE COMPANY §
OF BOSTON, §
§
Defendant. §

**ORDER TO CONDUCT RULE 26(f) CONFERENCE**

Having been informed by the clerk that one or more defendants in this case have appeared by filing an answer or otherwise, the court hereby directs the parties to confer as required by FED. R. CIV. P. 26(f) no later than Thursday, August 30, 2018.

In addition to a discussion of the items set forth in Rule 26(f), the parties shall attempt in good faith to agree on certain matters, including deadlines for a proposed Scheduling Order, and shall file with the court a joint written report outlining their proposals no later than Thursday, September 13, 2018.

The parties must include the following matters in the joint conference report:

1. A factual and legal description of the case that sets forth the elements of each cause of action and each defense;

2. The date the Rule 26(f) conference was held, the names of those persons who attended, and the parties they represented;

3. A list of any cases related to this case pending in any state or federal court, identifying the case numbers and courts along with an explanation of the status of those cases;

4. An agreed discovery/case management plan, if agreement can be reached, which will be used by the court to prepare a Scheduling Order (a sample Scheduling Order form is attached). The parties are encouraged to submit a completed Scheduling Order with their joint conference report, including proposed deadlines for the following:

   a. Joining additional parties;

   b. Filing amended pleadings;

   c. Disclosing expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b);

   d. Completing all discovery;

   e. Filing motions, including motions to transfer, to remand, to exclude or limit expert testimony, to dismiss, and for summary judgment;

5. A suggested date for the Final Status Conference (see attached list of the court's available Final Status Conference dates), at which time the final pretrial conference and the trial will be scheduled;

6. The expected length of trial and whether it will be to a jury or the bench;

7. Whether the parties jointly consent to trial before a magistrate judge; and

8. Whether the parties request a conference with the court pursuant to FED. R. CIV. P. 16(b) before entry of the Scheduling Order.

The joint conference report must be signed by counsel for each party and by any unrepresented parties.

All parties should keep in mind that the failure to participate fully in the Rule 26(f) conference or to submit the joint conference report on a timely basis may result in the imposition of sanctions authorized by FED. R. CIV. P. 16(f).

SIGNED at Beaumont, Texas, this 2nd day of August, 2018.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORANDO ALANIZ, JR. | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:18-CV-297 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | § | |
| | § | |

**SCHEDULING ORDER**

The following schedule shall be followed. All communications concerning the case shall be directed in writing to the Court Administrator for Judge Crone, 300 Willow St., Suite 239, Beaumont, TX 77701. For urgent matters, the Court Administrator may be contacted at (409) 654-2880.

1. ________________________ NEW PARTIES shall be joined, without leave of court, by this date.

2. ________________________ The pleadings shall be AMENDED, without leave of court, by this date.

3. ________________________ PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4. ________________________ DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. ________________________ DISCOVERY shall be completed by this date.

6. ________________________ MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion. (**This date must be at least 2 weeks after the discovery completion date.**)

7. ________________________ The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date. (**This date must be at least 12 weeks after the motion cut-off.**)

8. ________________________ OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date. (**This date must be no more than 1 week after the Joint Pretrial Order is due.**)

9. ________________________ FINAL STATUS CONFERENCE at 10:00 a.m. (**Select a date from the attached list, which must be at least 2 weeks after the Joint Pretrial Order is due.**) The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

10. ________________________ Estimated time to try before a jury/the court. (**Underline one.**)

SIGNED at Beaumont, Texas, on this ______ day of _______________, 20___.

_________________________________
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

**Beaumont Final Status Conference Dates for Judge Marcia A. Crone**

(Select one of the dates listed below to complete Number 9 of the Scheduling Order)

January 5, 2018

February 2, 2018

March 2, 2018

April 6, 2018

May 4, 2018

June 1, 2018

July 6, 2018

August 3, 2018

September 7, 2018

October 5, 2018

November 2, 2018

December 7, 2018

January 4, 2019

February 1, 2019

March 1, 2019

April 5, 2019

May 3, 2019

June 7, 2019

July 5, 2019

August 2, 2019

September 6, 2019

October 4, 2019

November 1, 2019

December 6, 2019

January 3, 2020

February 7, 2020

March 6, 2020

April 3, 2020

May 1, 2020

June 5, 2020

July 3, 2020

August 7, 2020

September 4, 2020

October 2, 2020

November 6, 2020

December 4, 2020

January 1, 2021

February 5, 2021

March 5, 2021

April 2, 2021

May 7, 2021

June 6, 2021