**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS BEAUMONT DIVISON**

I, J. ANTHONY VESSEL, declare and state as follows:

1. I am a Senior Associate with the law firm of Marc Whitehead & Associates, Attorneys at Law, LLP, attorneys for Plaintiff Corando Alaniz, Jr.

2. I make this declaration in opposition to Defendant's Motion to Dismiss or Transfer Venue.

3. The Texas Department of Insurance publishes status of licensed insurance companies at https://apps.tdi.state.tx.us/pcci/pcci_show_profile.jsp?tdiNum=47860. Attached as Exhibit 2 is a true and accurate copy of said document. The status page includes: The status page includes "Liberty Life Assurance Company of Boston" at "100 Liberty Way, Dover NH 03820." Id.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could testify competently thereto.

Executed in Houston, Texas on August 13, 2018.

By: /s/ J. Anthony Vessel.
J. Anthony Vessel

**MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW, LLP**
5300 Memorial Drive, Suite 725
Houston, TX 77007
J. Anthony Vessel
Tex. Bar I.D. No. 24084019
Fed. Bar I.D. No. 1692384
Tel. 713-228-8888

Fax 713-2250940
Email: anthony@marcwhitehead.com

ATTORNEYS FOR PLAINTIFF
Corando Alaniz, Jr.