Texas Department of Insurance

333 Guadalupe St. P.O. Box 149104 Austin, TX 78714-9104

# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Skip over these navigation links.

Show Explanation of Terms

**Table of Contents**

General Info | Contact Info | Types of Insurance | Use of Credit | Attorney for Service | Ratings | Financial Info | Premiums | Complaint Ratios | Company History | Company Officers

## General Information:

Return to top.

| | |
|---|---|
| **Type of Entity:** | Life, Health, or Accident (LI) |
| **Status of TX License:** | Active |
| **Company Status:** | Normal Operations |
| **License Number:** | 47860 |
| **NAIC Number:** | 65315 |
| **TDI Company Number:** | 47860 |
| **FEIN:** | 046076039 |
| **Home City/State:** | NH |
| **Origin:** | Foreign |
| **Date Incorporated/Organized:** | 09/17/1963 |
| **Date Licensed/Eligible/Registered in Texas:** | 10/08/1964 |
| **Date Cancelled/Ineligible/Inactive:** | |

## Contact Information:

Return to top.

| | |
|---|---|
| **Mailing Address:** | 100 Liberty Way<br>Dover NH 03820-4597 |
| **Office Number:** | (617)357-9500 |
| **Toll Free Number:** | (800)451-7065 |
| **Fax Number:** | (617)574-6688 |

## Types of Insurance Licensed to Write:

Return to top.

- Accident
- Health
- Life
- Variable Annuities
- Variable Life

## Use of Credit:

Return to top.

To determine if a company uses credit information for private passenger automobile or homeowners insurance.

Click Here for Use of Credit

## Attorney for Service:

Return to top.

Click Here for Attorney for Service Guidelines

Corporation Service Company
211 East 7th Street Suite 620
Austin TX 78701 -3218

## Rating By Financial Organization:

Return to top.

The following organizations rate insurance companies on their financial strength and stability. Some of these companies charge for their services.

A.M. Best
Weiss Ratings Inc.
Standard & Poor's
Moody's Investors Service
Fitch IBCA, Duff and Phelps Ratings

## Financial Information:

Return to top.

| As of: | Dec. 31, 2015 | Dec. 31, 2016 | Dec. 31, 2017 |
|---|---|---|---|
| **Total Assets** | $16,054,072,955 | $17,479,290,194 | $19,045,860,050 |
| **Total Liabilities** | $15,087,626,206 | $16,318,329,860 | $17,709,142,118 |
| **Asset to Liability Ratio** | 1.06 | 1.07 | 1.08 |
| **Capital** | $2,500,000 | $2,500,000 | $2,500,000 |
| **Net Surplus** | $963,946,749 | $1,158,460,334 | $1,334,217,932 |
| **Total Life Ins** | $256,226,479,000 | $315,430,445,000 | $368,194,423,000 |

## Premiums:

Return to top.

| As of: | Dec. 31, 2015 | Dec. 31, 2016 | Dec. 31, 2017 |
|---|---|---|---|
| **Life and Annuities** | $75,393,967 | $84,125,299 | $82,910,501 |
| **Accident and Health** | $64,212,767 | $78,066,251 | $89,455,565 |
| **Property and Casualty** | N/A | N/A | N/A |
| **Total Texas Premium** | $139,606,734 | $162,191,550 | $172,366,066 |
| **National Premium** | $2,605,640,701 | $2,825,188,879 | $3,052,885,482 |

# Complaint Information:

Return to top.

When considering the company's complaint index and ratio, be sure to review the company history information displayed below for recent acquisitions, mergers, or other events that may affect the figures displayed for this company.

| | Dec 31, 2016 | | Dec 31, 2017 | | Aug 10, 2018 |
|---|---|---|---|---|---|
| **Confirmed Complaints:** | | | | | |
| **Life and Annuity** | 0 | | 0 | | 0 |
| **Accident and Health** | 2 | | 0 | | 0 |
| **Homeowner** | 0 | | 0 | | 0 |
| **Automobile** | 0 | | 0 | | 0 |
| **Workers' Compensation** | 0 | | 0 | | 0 |
| **Complaint Ratio/Index** | Ratio | Index | Ratio | Index | |
| **Life and Annuities** | .0000 | .0000 | .0000 | .0000 | N/A |
| **Accident and Health** | .0005 | .1769 | .0000 | .0000 | N/A |
| **Homeowner** | N/A | N/A | N/A | N/A | N/A |
| **Automobile** | N/A | N/A | N/A | N/A | N/A |
| **Workers' Compensation** | N/A | N/A | N/A | N/A | N/A |

**Confirmed Complaints:** the number of confirmed complaints closed against the company for the line of insurance and year indicated. A complaint is confirmed if the department receives information indicating that a company committed any violation of an applicable state insurance law or regulation, a federal requirement the department has authority to enforce or the term or condition of an insurance policy or certificate. A complaint is also confirmed if the complaint and company's response, considered together, suggest that the company was in error or that the complainant had a valid reason for the complaint.

**Complaint Ratios:** the ratio, expressed as a percentage, is the number of closed confirmed complaints divided by the number of policies the company had in force for the line of insurance and year indicated.

**Complaint Index:** indicates how a company's ratio of the number of complaints to the number of policyholders compares to the average for all insurers. The index is calculated by dividing the company's percentage of complaints for a specific line of insurance by the company's percentage of the policies in force for the same line of insurance. The average index is 1.00. A number less than 1 indicates fewer complaints than average; a number greater than 1 indicates more complaints than average. For the most recent completed year, a given insurer's index may change over time, as policy count data is received by TDI. This will affect each insurer's percentage of the total.

Complaints against an insurance company are not part of the complaint tally above if the insurance company served only as a Third Party Administrator (TPA), a company hired simply to administer the paperwork of a health plan. Instead, they are included in the complaint record of the insurance company or HMO that hired the TPA. If a bonafide self-insured benefit plan hired the TPA, no complaint numbers are recorded as a part of the company/TPA's profile. Neither are profiles available for self-insured plans, as such plans are regulated under federal law.

---

# Company History:

Return to top.

| Date | Event |
|---|---|
| 04-14-2011 | REDOMESTICATED FROM BOSTON, MASSACHUSETTS TO CONCORD, NEW HAMPSHIRE BY WAY OF CHARTER AMENDMENT. |
| 10-13-1999 | ADDED VARIABLE LIFE INSURANCE. |
| 03-12-1998 | PENALTY OF $5,000 FOR VIOLATIONS FOUND DURING AN INVESTIGATION IN MARYLAND. |
| | |

| | |
|---|---|
| 11-08-1994 | EFFECTIVE 06/01/1994 CERTAIN GROUP ACCIDENT AND HEALTH POLICIES PARTIALLY REINSURED BY THE TRAVELERS INSURANCE COMPANY (83850) HARTFORD, CONNECTICUT |
| 10-29-1993 | ADDED VARIABLE ANNUITY INSURANCE. |
| 03-07-1990 | AUTHORIZED TO OPERATE AS A THIRD PARTY ADMINISTRATOR. |
| 03-18-1969 | FORMERLY: LIBERTY LIFE ASSURANCE COMPANY (02232). |
| 10-08-1964 | GRANDFATHERED FOR CAPITAL AND SURPLUS REQUIREMENTS |

## Company Officers:

Return to top.

For names of the company's current officers, please contact the company at the phone number listed in the Contact Information above or on their website.