# U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings ¹ | | 5,125 | 5,281 | 5,296 | 5,919 | 4,880 | 3,856 | | |
| | Terminations | | 4,617 | 4,896 | 5,408 | 5,901 | 5,486 | 4,220 | | |
| | Pending | | 5,640 | 6,000 | 5,794 | 5,810 | 5,220 | 4,881 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -24.8 | -27.0 | -27.2 | -34.9 | -21.0 | | 90 | 9 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months ² | | | 24.0 | 24.0 | 29.2 | 29.7 | 36.0 | 40.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 641 | 660 | 662 | 740 | 610 | 482 | 50 | 6 |
| | | Civil | 500 | 528 | 564 | 620 | 517 | 373 | 33 | 4 |
| | | Criminal Felony | 140 | 131 | 97 | 119 | 93 | 109 | 31 | 4 |
| | | Supervised Release Hearings | 1 | 1 | 1 | 1 | 1 | 1 | 93 | 9 |
| | Pending Cases ² | | 705 | 750 | 724 | 726 | 653 | 610 | 25 | 5 |
| | Weighted Filings ² | | 919 | 977 | 1,023 | 1,090 | 864 | 565 | 22 | 6 |
| | Terminations | | 577 | 612 | 676 | 738 | 686 | 528 | 30 | 4 |
| | Trials Completed | | 18 | 18 | 14 | 15 | 14 | 12 | 68 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.8 | 12.2 | 14.3 | 11.6 | 12.7 | 10.6 | 58 | 8 |
| | | Civil ² | 8.3 | 9.0 | 8.1 | 6.5 | 7.1 | 8.5 | 39 | 5 |
| | From Filing to Trial ² (Civil Only) | | 18.5 | 27.9 | 22.9 | 20.7 | 22.0 | 19.2 | 5 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 234<br>6.0 | 227<br>5.4 | 240<br>5.5 | 270<br>6.3 | 264<br>6.8 | 243<br>7.0 | 48 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 2.2 | 1.8 | 2.1 | 1.8 | 2.0 | | |
| | Jurors | Avg. Present for Jury Selection | 36.1 | 35.3 | 41.6 | 37.1 | 37.9 | 48.8 | | |
| | | Percent Not Selected or Challenged | 32.0 | 30.5 | 36.4 | 29.8 | 32.3 | 38.7 | | |

**2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2,981 | 162 | 59 | 1,021 | 15 | 101 | 121 | 256 | 235 | 553 | 229 | 13 | 216 |
| Criminal ¹ | 863 | 23 | 466 | 73 | 145 | 62 | 17 | 25 | 5 | 11 | 6 | 15 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS SOUTHERN**

| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings ¹ | | 15,253 | 14,674 | 14,159 | 15,183 | 14,140 | 14,135 | | |
| | Terminations | | 14,778 | 14,896 | 13,934 | 14,379 | 14,613 | 13,793 | | |
| | Pending | | 11,919 | 11,833 | 12,074 | 12,942 | 12,561 | 12,879 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -7.3 | -3.7 | -0.2 | -6.9 | | | 61 | 8 |
| Number of Judgeships | | | 19 | 19 | 19 | 19 | 19 | 19 | | |
| Vacant Judgeship Months ² | | | 21.9 | 37.7 | 47.2 | 15.0 | 24.0 | 27.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 803 | 772 | 745 | 799 | 744 | 744 | 13 | 4 |
| | | Civil | 304 | 322 | 318 | 327 | 320 | 308 | 47 | 5 |
| | | Criminal Felony | 388 | 347 | 340 | 380 | 330 | 344 | 5 | 2 |
| | | Supervised Release Hearings | 110 | 103 | 88 | 92 | 94 | 92 | 10 | 2 |
| | Pending Cases ² | | 627 | 623 | 635 | 681 | 661 | 678 | 19 | 4 |
| | Weighted Filings ² | | 586 | 573 | 538 | 577 | 554 | 569 | 19 | 5 |
| | Terminations | | 778 | 784 | 733 | 757 | 769 | 726 | 8 | 2 |
| | Trials Completed | | 25 | 25 | 22 | 28 | 24 | 25 | 14 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.8 | 4.9 | 5.1 | 5.1 | 5.1 | 5.0 | 4 | 2 |
| | | Civil ² | 7.2 | 6.9 | 7.2 | 7.3 | 8.1 | 7.8 | 27 | 3 |
| | From Filing to Trial ² (Civil Only) | | 21.2 | 21.8 | 21.3 | 23.4 | 21.6 | 20.4 | 12 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 382<br>8.0 | 420<br>8.2 | 397<br>7.8 | 389<br>7.2 | 405<br>7.4 | 382<br>7.2 | 50 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.1 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 51.9 | 51.1 | 48.5 | 45.8 | 47.2 | 45.5 | | |
| | | Percent Not Selected or Challenged | 40.1 | 38.6 | 40.9 | 37.8 | 37.7 | 38.7 | | |

**2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 5,848 | 106 | 84 | 1,271 | 30 | 336 | 602 | 984 | 732 | 234 | 678 | 10 | 781 |
| Criminal ¹ | 6,533 | 263 | 849 | 4,436 | 294 | 206 | 98 | 140 | 10 | 24 | 33 | 88 | 92 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."