**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| CORANDO ALANIZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 1:18-cv-297 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING DEFENDANT'S**
**MOTION TO TRANSFER VENUE**

Upon consideration of defendant's Motion to Transfer Venue and Plaintiff's Response to Defendant's Motion to Transfer Venue, it is hereby:

ORDERED AND ADJUDGED: that Defendant's Motion is DENIED. This Lawsuit will remain in the Eastern District of Texas.

DONE AND ORDERED in Beaumont, Texas this ___ day of _____, 2018

___________________________

U.S. District Judge