**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| CORANDO ALANIZ, JR. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:18cv00297-MAC |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE**

Pursuant to 28 U.S.C. § 1404(a), Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Reply Brief in Support of Their Motion to Transfer Venue.

**REPLY TO PLAINTIFF'S RESPONSE**

Plaintiff's Response to Defendant's Motion to Transfer Venue ignores that the Motion was brought under 28 U.S.C. § 1404(a), which states that "for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Plaintiff seems to infer that Liberty Life supports its Motion by stating that venue was improperly lodged with this Court. However, the basis for the Motion is whether, given the factors relevant to a § 1404(a) determination, the case should be transferred to the Houston Division of the Southern District of Texas. The Motion is amply supported by factual evidence and argument concerning the § 1404(a) factors. Moreover, whether Liberty Life can be found in this District is not relevant to the § 1404(a) factors. Because it is a nationwide insurer, Liberty Life can be found in every State and judicial district. Therefore, the natural extension of Plaintiff's argument is that a suit of this nature literally can be

brought in any district, regardless of the § 1404(a) factors. However, this argument is precisely what 28 U.S.C. § 1404(a) is meant to address.

Second, although Plaintiff clearly urges the Court to conduct a *de novo* review in the Complaint (Plaintiff's Complaint, ¶¶ 14-20), Plaintiff appears to attempt to recant this request, stating that the case will be decided through review of the administrative record with "very limited discovery." However, the nature of the discovery and *de novo* review sought by Plaintiff are unclear at this point. All that is known about this action at this point is that Plaintiff has stated, "the court should review this matter *de novo*."[1] Accordingly, the issues concerning travel and various persons' proximity to the relevant courthouses remain relevant to a Section 1404(a) determination.

Finally, Plaintiff brushes aside the Local Interest factor to be considered in a Section 1404(a) determination, implying that Plaintiff is the only citizen with an interest in this litigation. However, Plaintiff's response ignores that Plaintiff's location is not within this Court's District or Division, but rather, she resides in Fort Bend County, which is within the Houston Division of the Southern District.[2] As the Court recognized in In re Volkswagen of America, 545 F.3d 304, 317 (5th Cir. 2008) to urge that all citizens have an interest in proper administration of ERISA claims "stretches logic in a manner that eviscerates the public interest that this factor attempts to capture." Accordingly, it is clear that this factor weighs in favor of transferring this action to the Houston Division of the Southern District where Plaintiff resides.

---

1 Plaintiff's Original Complaint at ¶19.

2 Plaintiff is a resident of Rosenberg, Texas. See Complaint at ¶ 2. This address is in Fort Bend County, which is in the Houston Division of the Southern District of Texas. See Appendix to Defendant's Motion to Transfer Venue, at 0354, attached to Exhibit 4, Federal Courts Website Pages. Retrieved from http://www.txs.uscourts.gov/offices/houston-division.

## PRAYER

Liberty Life requests that this Court grant its Motion to Transfer Venue, transfer this matter to the Houston Division of the Southern District of Texas, and grant Liberty Life such other relief to which it may show itself justly entitled.

Dated this 21st day of August, 2018.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

August 21, 2018 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers