**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| CORANDO ALANIZ, JR. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:18cv00297-MAC |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | § | |
| | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING ORDER (ERISA CASE)**

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f) and after consulting with the parties by mail or a scheduling conference, the court hereby enters the following Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

1. November 20, 2018 — NEW PARTIES shall be joined, without leave of court, by this date.

2. November 20, 2018 — The pleadings shall be AMENDED, without leave of court, by this date.

3. December 17, 2018 — Defendant shall identify and provide to Plaintiff the administrative record by this date.

4. January 15, 2019 — The Plaintiff shall provide to the Defendants any objections to the administrative record as well as the identification of any additional materials Plaintiff contends should be considered as part of the administrative record by this date.

5. February 5, 2019 — Completion of discovery.

6. February 5, 2019 — Joint Stipulated Record to be filed by the Parties by this date.

7. March 5, 2019 — Both parties shall submit cross motions for summary judgment this date. The parties may file responses and replies allowed by the court's Local Rules.