CLOSED

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:18−cv−00297−MAC

Alaniz v. Liberty Life Assurance Company of Boston
Assigned to: District Judge Marcia A. Crone
Cause: 28:1132 E.R.I.S.A.

Date Filed: 06/22/2018
Date Terminated: 10/04/2018
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Corando Alaniz, Jr.** represented by

**John Anthony Vessel**
Marc Whitehead & Associates − Houston
403 Heights Boulevard
Houston, TX 77007−2519
713−228−8888
Fax: 844−367−9513
Email: anthony@marcwhitehead.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britney Anne McDonald**
Marc Whitehead & Associates − Houston
403 Heights Boulevard
Houston, TX 77007−2519
713−228−8888
Fax: 844−367−9513
Email: britney@marcwhitehead.com
*ATTORNEY TO BE NOTICED*

**Madison Tate Donaldson**
Marc Whitehead & Associates − Houston
403 Heights Boulevard
Houston, TX 77007−2519
713.228.8888
Fax: 844−367−9513
Email: madison@marcwhitehead.com
*ATTORNEY TO BE NOTICED*

**Marc Stanley Whitehead**
Marc Whitehead & Associates − Houston
403 Heights Boulevard
Houston, TX 77007−2519
713/228−8888
Fax: 844−367−9513
Email: marc@marcwhitehead.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Liberty Life Assurance Company of Boston** | represented by | **Iwana Rademaekers**<br>Law Offices of Iwana Rademaekers, PC<br>14785 Preston Road<br>Suite 550<br>Dallas, TX 75254<br>214−579−9319<br>Fax: 469−444−6456<br>Email: iwana@rademaekerslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2018 | Ï 1 | COMPLAINT against Liberty Life Assurance Company of Boston ( Filing fee $ 400 receipt number 0540−6827307.), filed by Corando Alaniz, Jr.. (Attachments: # 1 Civil Cover Sheet)(Whitehead, Marc) (Entered: 06/22/2018) |
| 06/22/2018 | Ï 2 | CORPORATE DISCLOSURE STATEMENT filed by Corando Alaniz, Jr. (Whitehead, Marc) (Entered: 06/22/2018) |
| 06/22/2018 | Ï | Case Assigned to District Judge Marcia A. Crone. (aam, ) (Entered: 06/22/2018) |
| 06/22/2018 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (aam, ) (Entered: 06/22/2018) |
| 06/26/2018 | Ï 3 | SUMMONS Issued as to Liberty Life Assurance Company of Boston and mailed to plaintiff's attorney for service. (mrp, ) (Entered: 06/26/2018) |
| 07/23/2018 | Ï 4 | *****STRICKEN PER MC−12; MOTION TO BE FILED*****<br><br>Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Liberty Life Assurance Company of Boston.( Rademaekers, Iwana) Modified on 7/24/2018 (mrp, ). (Entered: 07/23/2018) |
| 07/24/2018 | Ï | NOTICE of Deficiency regarding the 4 Application for Extension of Time submitted by Liberty Life Assurance Company of Boston. This document is not allowed per MC−12. A motion and proposed order should be filed as soon as possible. (mrp, ) (Entered: 07/24/2018) |
| 07/24/2018 | Ï 5 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Liberty Life Assurance Company of Boston. (Attachments: # 1 Text of Proposed Order)(Rademaekers, Iwana) (Entered: 07/24/2018) |
| 07/24/2018 | Ï 6 | ORDER granting 5 Motion for Extension of Time to Answer. Defendant is ordered to file an answer or otherwise respond to Plaintiff's complaint on or before 8/1/18. Signed by District Judge Marcia A. Crone on 7/24/18. (mrp, ) (Entered: 07/24/2018) |
| 08/01/2018 | Ï 7 | ANSWER to 1 Complaint by Liberty Life Assurance Company of Boston.(Rademaekers, Iwana) (Entered: 08/01/2018) |
| 08/01/2018 | Ï 8 | CORPORATE DISCLOSURE STATEMENT filed by Liberty Life Assurance Company of Boston identifying Corporate Parent Lincoln National Corporation, Corporate Parent The Lincoln National Life Insurance Company for Liberty Life Assurance Company of Boston. (Rademaekers, Iwana) |

| | | |
|---|---|---|
| | | (Entered: 08/01/2018) |
| 08/01/2018 | Ï 9 | Opposed MOTION to Change Venue by Liberty Life Assurance Company of Boston. (Attachments: # 1 Text of Proposed Order, # 2 Unpublished Opinions, # 3 Appendix, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4)(Rademaekers, Iwana) (Entered: 08/01/2018) |
| 08/02/2018 | Ï 10 | ORDER to Conduct Rule 26(f) Conference with a proposed Scheduling Order. Signed by District Judge Marcia A. Crone on 8/2/18. (mrp, ) (Entered: 08/02/2018) |
| 08/14/2018 | Ï 11 | RESPONSE in Opposition re 9 Opposed MOTION to Change Venue *filed by Corando Alaniz, Jr.*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Whitehead, Marc) (Entered: 08/14/2018) |
| 08/21/2018 | Ï 12 | REPLY to Response to Motion re 9 Opposed MOTION to Change Venue *filed by Liberty Life Assurance Company of Boston*. (Rademaekers, Iwana) (Entered: 08/21/2018) |
| 09/06/2018 | Ï | NOTICE of Hearing: Status Conference set for 10/10/2018, at 02:00 PM before District Judge Marcia A. Crone in chambers. (jc, ) (Entered: 09/06/2018) |
| 09/13/2018 | Ï 13 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Text of Proposed Order)(Rademaekers, Iwana) (Entered: 09/13/2018) |
| 09/13/2018 | Ï | NOTICE of Hearing: Status Conference RESET for 11/1/2018 10:45 AM before District Judge Marcia A. Crone. (jc, ) (Entered: 09/13/2018) |
| 09/17/2018 | Ï | CANCELLATION NOTICE: The Status Conference scheduled for November 1, 2018 is cancelled. (jc, ) (Entered: 09/17/2018) |
| 10/04/2018 | Ï 14 | MEMORANDUM AND ORDER granting 9 Motion to Change Venue. The court finds that this case should be transferred to the Southern District of Texas, Houston Division. An order transferring the case to the Southern District of Texas, Houston Division will be entered separately. Signed by District Judge Marcia A. Crone on 10/3/18. (mrp, ) (Entered: 10/04/2018) |
| 10/04/2018 | Ï 15 | ORDER. It is ordered that this action is transferred to the Southern District of Texas, Houston Division. Signed by District Judge Marcia A. Crone on 10/3/18. (mrp, ) (Entered: 10/04/2018) |