**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Corando Alaniz, Jr., | § | |
| | § | |
| *versus* | § | Civil Action 4:18−cv−04121 |
| | § | |
| Liberty Life Assurance Company of Boston. | § | |

# Order Setting Conference

1. A pre−trial conference will be held on:

January 11, 2019
at 11:00 AM in
Judge Hughes's Chambers
United States Court House
515 Rusk Avenue, Room 11122
Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

Signed on December 5, 2018, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge