UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 11, 2019
David J. Bradley, Clerk

Corando Alaniz,

Plaintiff,

*versus*

Liberty Life Assurance Company of Boston,

Defendant.

§ § § § § § § § § §

Civil Action H-18-4121

# Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By February 11, 2019, the parties may move for reinstatement.

3. The court retains its jurisdiction to enforce the settlement.

4. All settings and deadlines are terminated. (19)

Signed on January 11, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge