UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2019
David J. Bradley, Clerk

Corando Alaniz,

Plaintiff,

*versus*

Liberty Life Assurance Company of Boston,

Defendant.

§ § § § § § § § § §

Civil Action H-18-4121

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains its jurisdiction to enforce the settlement.

Signed on February 21, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge